**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6268**

---

GORDON SEXTON,

Petitioner - Appellant,

versus

W. J. THOMPSON, Warden, FCI-Morgantown; JANET
RENO, Attorney General of the United States,

Respondents - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  William M. Kidd, Senior
District Judge.  (CA-96-141-1)

---

Submitted:  September 29, 1998      Decided:  October 23, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gordon Sexton, Appellant Pro Se. Rita R. Valdrini, Assistant United
States Attorney, Wheeling, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gordon Sexton appeals a district court order denying relief on his petition filed under 28 U.S.C. § 2241 (1994). In light of our recent decision in Pelissero v. Thompson and Hayes v. Federal Bureau of Prisons, ___ F.3d ___, 1998 WL 559663 (4th Cir. Sept. 3, 1998) (No. 97-6156, 97-6221), we affirm the district court order. We deny Sexton's motions for sanctions and for appointment of counsel but grant his motion to present newly discovered case law. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2